■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN YAMMIE, Appellant. [19 NYS3d 900]—Appeal by the defendant, as limited by his motion, from so much of a sentence of the Supreme Court, Kings County (Foley, J.), imposed April 16, 2013, as, upon imposing sentence upon his plea of guilty, denied him youthful offender treatment.

Ordered that the sentence is affirmed insofar as appealed from.

The record demonstrates that the defendant knowingly, intelligently, and voluntarily waived his right to appeal (*see People v Lopez*, 6 NY3d 248, 256-257 [2006]; *cf. People v Bradshaw*, 18 NY3d 257, 264 [2011]; *People v Brown*, 122 AD3d 133 [2014]). The defendant's valid waiver of his right to appeal precludes review of his contention that the sentencing court should have sentenced him as a youthful offender (*see People v Pacherille*, 25 NY3d 1021, 1024 [2015]; *People v Drammeh*, 100 AD3d 650 [2012]; *People v Franko*, 98 AD3d 525 [2012]). Eng, P.J., Rivera, Hall, Hinds-Radix and Barros, JJ., concur.